UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAIVELEY TRANSPORT USA, INC.,
FAIVELEY TRANSPORT NORDIC AB,
FAIVELEY TRANSPORT AMIENS S.A.S.,
and ELLCON NATIONAL, INC.,
                              Plaintiffs,

          -against-

WABTEC CORPORATION,
                              Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/13

10 **CIVIL** 4062 (JSR)

**JUDGMENT**

#13,0969

      Whereas on June 28, 2011, following a trial in the above-captioned case, a jury having rendered a verdict awarding plaintiffs $18.1 million; Defendant having appealed the judgment entered on August 1, 2011; on February 6, 2013, the Court of Appeals for the Second Circuit having issued a Summary order affirming this Court's judgment in nearly all respects, and having remanded the case "for a new trial limited to the issue of damages unless Faiveley agree to a remittitur reducing the amount of damages to $15 million ($4.5 million in past damages, and $10.5 million in future damages), plus interest," and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on May 6, 2013, having rendered its Memorandum Order entering final judgment against Wabtec in the total amount of $15,814,157 which includes the $15 million damages award upon remittitur, as well as prejudgment interest of $756,253 and post-judgment interest of $57,904, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 6, 2013, the Court enters final judgment against Wabtec in the total amount of $15,814,157 which includes the $15 million damages award upon remittitur, as

well as prejudgment interest of $756,253 and post-judgment interest of $57,904.

Dated: New York, New York
       May 10, 2013

**RUBY J. KRAJICK**

BY:

_____
**Clerk of Court**

_____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____